IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> SEDOFIO SOSSOU FOLLY, <br><br> Defendant. | 8:17CR14 <br><br> ORDER |

This matter is before the court on the defendant's motion for a 90-day extension of time in which to file pretrial motions [28]. Upon review of the file, the court finds that an 85-day extension should be granted to coincide with the extension of time given to co-defendant, Opal Harris.

**IT IS ORDERED** that the unopposed MOTION TO EXTEND PRETRIAL MOTION DEADLINE [28] is granted, in part, as follows:

1. The deadline for filing pretrial motions is extended to June 7, 2017.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between March 14, 2017 and June 7, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Dated this 15th day of March, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge