IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **8:17CR14** |
| vs. | |
| SEDOFIO SOSSOU FOLLY, | **ORDER** |
| Defendant. | |

This matter is before the court on defendant's MOTION TO ADOPT PRETRIAL MOTIONS OF CO-DEFENDANT [38]. For good cause shown, I find that the motion should be granted to the extent that the defendant may adopt the pretrial motion deadline in filing number 37. The defendant will be given an approximate 90-day extension. Pretrial Motions shall be filed by September 5, 2017. The defendant shall not be permitted to adopt future motions and deadlines of the co-defendant in this case without filing individual requests to join in or adopt each motion that is filed by the co-defendant.

**IT IS ORDERED:**

1. Defendant's MOTION TO ADOPT PRETRIAL MOTIONS OF CO-DEFENDANT [38] is granted. Pretrial motions shall be filed on or before September 5, 2017.

2. Defendant is ordered to file the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.1 forthwith.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and September 5, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

4. The defendant should not presume to have adopted all motions of his co-defendant, and shall not be permitted to adopt future motions and deadlines of the co-defendant in this case without filing individual requests to join in or adopt each motion that is filed by the co-defendant.

Dated this 7th day of June, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge