## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:17CR14 |
| vs. | ) | |
| | ) | ORDER |
| SEDOFIO SOSSOU FOLLY, | ) | |
| OPAL HARRIS, | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the government's Motion to Continue Trial [59]. The government anticipates calling between 30 and 40 witnesses, some of whom are out of the district. Due to securing witness availability and the logistics involved, the government is requesting that the matter be set for trial on January 22, 2018. The court is advised that the defendants do not oppose the motion. Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial currently scheduled set for January 16, 2018, is continued to **January 22, 2018.**

2. The time between January 16, 2018, and the commencement of the trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **December 19, 2017.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:  December 13, 2017.**

                                                **BY THE COURT:**

                                                **s/ Michael D. Nelson**
                                                **United States Magistrate Judge**