IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. SEDOFIO SOSSOU FOLLY, Defendant. | 8:17CR14 ORDER |

This matter came before the court on Defendant's Amended Unopposed Motion for U.S. Pretrial Services to Release Defendant's Passport [88]. Counsel for Defendant asserts that the government does not oppose the motion. Upon the court's inquiry, Pretrial Services has some concerns but is generally in agreement with the travel plan proffered by Defendant necessitating the granting of his motion. Therefore, the motion is granted, and Defendant shall be given his passport for travel to Togo between the dates of September 4, 2018, and October 22, 2018. Upon Defendant's return, the passport shall be surrendered to Pretrial Services.

**IT IS SO ORDERED**.

Dated this 27th day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge