# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:17CR14 |
| vs. | ) | |
| | ) | ORDER |
| SEDOFIO SOSSOU FOLLY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [131]. Counsel needs additional time to resolve the matter short of trial. Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, previously scheduled set for January 22, 2019, is continued to **June 3, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 3, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: February 6, 2019.**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**